# Court of Appeals
# of the State of Georgia

ATLANTA, __July 22, 2022__

*The Court of Appeals hereby passes the following order:*

**A22D0445. JOANA ESTRADA VELAZQUEZ v. ALEJANDRO ROJAS PEREZ.**

Joana Estrada Velazquez filed this application for discretionary appeal from a final divorce decree. This application is hereby GRANTED. See Court of Appeals Rule 31 (b) (4). Velazquez may file a notice of appeal within 10 days of this order. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

Respondent Alejandro Rojas Perez filed a motion to dismiss the application based upon Velazquez's failure to transmit a complete record. Although failure to transmit sufficient material may be a basis for denying an application, see Court of Appeals Rule 31 (f), such is not a basis for dismissal. Accordingly, the motion to dismiss is DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__07/22/2022__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.